CR: 03-5
J. Smith

# United States Court of Appeals

## For the First Circuit

No. 04-1222

MANDATE

UNITED STATES,

Appellee,

v.

FRANCISCO JOSÉ BERMÚDEZ,

Defendant, Appellant.

**JUDGMENT**

Entered: May 23, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sentence imposed by the district court is affirmed.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: JUN 13 2005

**By the Court:**
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: Margaret Carter, Chief Deputy, Clerk

[cc: Ms. Rogers, Mr. Lockhart, & Mr. West.]